No. 462. NEWMAN BAUM, BANKRUPT, PETITIONER, v. JAMES A. COMER, TRUSTEE, ETC. April 4, 1910. Petition for a writ of certiorari to the United States Circuit Court of Ap-

peals for the Eighth Circuit denied. *Mr. J. W. Blackwood* and *Mr. M. M. Cohn* for the petitioner. No appearance for the respondent.